**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1491**

---

In Re:  MICHELE BLANKENSHIP,

                                                            Debtor.

---

CHARLES D. DARDEN,

                                        Plaintiff - Appellee,

            versus

MICHELE BLANKENSHIP,

                                        Defendant - Appellant,

            and

UNITED STATES TRUSTEE,

                                        Party in Interest.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (CA-01-876-2, BK-99-25293-S)

---

Submitted:  July 25, 2002            Decided:  July 31, 2002

---

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

Michele Blankenship, Appellant Pro Se.  Charles D. Darden, Appellee Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michele Blankenship appeals from the district court's order affirming the bankruptcy court's order avoiding $3501 of Defendant's $16,000 lien against her real property pursuant to 11 U.S.C.A. § 522(f) (West Supp. 2002). We have reviewed the record and the lower courts' opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Darden v. Blankenship, Nos. CA-01-876-2; BK-99-25293-S (E.D. Va. filed Apr. 5, 2002; entered Apr. 8, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED